UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER BROERMAN,  Case No. 1:12-cv-883
    Plaintiff,  Litkovitz, M.J.

vs.

UC HEALTH,  **ORDER**
    Defendant.

The parties have reached a settlement in this matter following a settlement conference held June 17, 2013.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED.**

Karen L. Litkovitz, Magistrate Judge
United States District Court